UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYNTHIA ROBINSON,<br><br>            Plaintiff,<br><br>     vs.<br><br>PHYLLIS ANDERSON,<br><br>            Defendant. | NO.  CV-07-3046-EFS<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE, DIRECTING COLLECTION OF THE FILING FEE CEASE, AND DENYING REQUEST TO TRANSFER CASES |

BEFORE THE COURT is Plaintiff Cynthia Robinson's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a). Defendant has not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion **(Ct. Rec. 13)** is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

Plaintiff also filed a letter, which the Court construes as her Motion to waive collection of the remaining balance of the filing fee in this action.  For good cause shown, **IT IS ORDERED** Plaintiff's Motion **(Ct. Rec. 14)** is **GRANTED** and the institution having custody of Ms. Robinson shall cease collection of the filing fee in this action, cause number **CV-07-3046-EFS.**

Finally, by letter dated August 15, 2007, Plaintiff has asked the District Court Executive to forward her various cases to the United

States Supreme Courts [sic].  There being no authority for such action, **IT IS ORDERED** Plaintiff's request **(Ct. Rec. 15)** is **DENIED.** Plaintiff shall file no further documents in this action.

   **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff, and close the file.  The District Court Executive is further directed to send a copy of this Order to the **Yakima County Jail, Attn: Jail Office Supervisor, 111 N. Front St., Yakima, WA 98901,** to forward to the appropriate agency having custody of Plaintiff.  The District Court Executive also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

   **DATED** this ___4th___ day of September 2007.


                    S/ Edward F. Shea
                    EDWARD F. SHEA
                    UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE, DIRECTING COLLECTION OF THE FILING FEE CEASE, AND DENYING REQUEST TO TRANSFER CASES -- 2